# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMSIDDIN SALLAM,<br>**Petitioner,**<br><br>v.<br><br>ROBERT GILMORE, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>**Respondent.** | CIVIL ACTION<br><br><br><br>NO. 18-448 |

## O R D E R

**AND NOW**, this 23RD day of MARCH, 2020 upon careful and independent consideration of the pleadings and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**
2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED;**
3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial o f a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**