# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMSIDDIN SALLAM,<br>Petitioner,<br><br>v.<br><br>ROBERT GILMORE, *et al.*,<br>Respondents. | CIVIL ACTION<br><br><br><br>NO. 18-448 |

## O R D E R

**AND NOW**, this 30th day of April, 2021, upon consideration of Petitioner Shamsiddin Sallam's September 18, 2020 letter (ECF No. 31), which the Court construes as a Motion to Reopen Time to Appeal, **IT IS ORDERED** that:

1. Petitioner's Motion is **GRANTED**; and

2. Petitioner's time to file an appeal from the Court's Order entered on March 23, 2020 (ECF No. 30) is reopened for a period of **fourteen (14) days** from the date of this Order.

**IT IS FURTHER ORDERED** that Petitioner's "Rule 60(b) Motion to Correct Defect in Integrity of Habeas Proceedings" (ECF No. 33) is **DENIED**.

                                        **BY THE COURT:**

                                        /s/Wendy Beetlestone, J.
                                        **WENDY BEETLESTONE, J.**